UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00158-2 |
| | ) | CHIEF JUDGE HAYNES |
| | ) | |
| MARIO JAMAAL HYRNE | ) | |

ORDER

This motion is unopposed and is GRANTED.

[signature] 9-25-14

## MOTION FOR WEEKEND PASSES FROM HALFWAY HOUSE

Defendant Mario Hyrne respectfully moves for an order authorizing the Diersen Charities halfway house to grant him weekend passes if it deems them appropriate.

This Court sentenced Hyrne to serve 24 months in prison, followed by 3 years of supervision, with the first 10 months in a halfway house. (Judgment, R.62, Page ID # 194-96.)

Hyrne's prison sentence was due to expire in February 2014. In January 2014, Hyrne was sent from prison to the halfway house in Nashville. He did his last month of prison in the halfway house, and then remained in that halfway house to do the 10-month period required as a condition of his supervision. He has now done almost 7 months of that 10 month period. For the last few months, Hyrne has worked at Shur-Brite, a carwash in downtown Nashville.

Hyrne requests that this Court modify his conditions of supervised release such that Diersen Charities can grant him weekend passes if Diersen deems them appropriate. Undersigned counsel has spoken with Phoenix Dorriss, who is the director of Diersen in Nashville. Mr. Dorriss has explained that halfway house residents are eligible for weekend passes when they are in the halfway house in the status of a person finishing his or her sentence with the Bureau of Prisons. That was Hyrne's situation in the month of January 2014, but now he is in the status of a person serving a term in the halfway house as a condition of supervised release. Mr. Dorriss has explained that residents in Hyrne's current status are not eligible for weekend passes unless the Court states that the resident can be granted weekend passes. Hyrne asks that the Court authorize Diersen to grant him weekend passes if Diersen believes they are appropriate given his behavior and other individual considerations.

Mr. Dorriss has stated that he has no objection to the Court authorizing Diersen to grant weekend passes to Hyrne in its discretion. Undersigned counsel asked USPO Lisa House for her position on the matter on September 2, 2014, but has not received an answer.

Respectfully submitted,

s/ *Michael C. Holley*
MICHAEL C. HOLLEY (BPR# 021885)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: michael_holley@fd.org

Attorney for Mario Jamaal Hyrne

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2014, I electronically filed the foregoing *Motion for Weekend Passes From Halfway House* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Scarlett Singleton Nokes, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ *Michael C. Holley*
MICHAEL C. HOLLEY

2